ALDINE MANUFACTURING COMPANY, Respondent, v. WEST SIDE BUILDING COMPANY, Appellant.

First Department, March 20, 1908.

See head note in *Aldine Mfg. Co.* v. *Duffy-McInnerney Co.* (*ante*, p. 751).

APPEAL by the defendant, the West Side Building Company, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 31st day of December, 1907, denying the defendant's motion to change the place of trial of the action from the county of New York to the county of Monroe.

*Benjamin G. Paskus*, for the appellant.

*Chester H. Lane*, for the respondent.

INGRAHAM, J.:

The facts appearing on this appeal are substantially the same as those in the case of *Aldine Mfg. Co.* v. *Duffy-McInnerney Co.* (124 App. Div. 751), decided herewith. The action was brought to recover the amount alleged to be due under a contract between the Plymouth Company and the defendant to perform certain work and to furnish materials on a building in the city of Rochester in the county of Monroe, and the defense is the same. For the reasons stated in the opinion in that case I think the order should be reversed, with ten dollars costs and disbursements, and the motion granted.

LAUGHLIN, CLARKE, HOUGHTON and SCOTT, JJ., concurred.

Order reversed, with ten dollars costs and disbursements, and motion granted.